IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DAMIEAN DEVON TOLSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 1:12-cv-00094 |
| v. ) | Senior Judge Haynes |
| ) | |
| TONY HOWERTON, Warden, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

In accordance with the Memorandum filed herewith, Petitioner's petition for the writ of habeas corpus (Docket Entry No. 40) is **DENIED**. This action is **DISMISSED** with prejudice. The Court **DECLINES** to grant a Certificate of Appealability under 28 U.S.C. § 2253(c).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 8th day of September, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge